# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BRUCE HARRISON BIRCH,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 77037 **FILED**<br><br>OCT 15 2018<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |
| BRUCE HARRISON BIRCH,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 77038 |
| BRUCE HARRISON BIRCH,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 77039 ✓ |

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying motions to convert fines to jail time. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to convert fine to jail time, we lack jurisdiction.

18-40271

*Castillo v. State,* 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____ Cherry _____, J.
Cherry

_____, J.
Parraguirre

_____ Stiglich _____, J.
Stiglich

cc: Hon. Egan K. Walker, District Judge
Bruce Harrison Birch
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A